Submitted by: Sonia M. Mercado, Esq. (Bar No. 117069)
**SONIA MERCADO & ASSOCIATES**
Biltmore Court, Seventh Floor
520 South Grand Avenue
Los Angeles, California 90071-2645
Telephone: (213) 683-5313

Attorneys for Plaintiffs
REDA MARSHALL TAYLOR, TERRY TAYLOR JR.
TERRYON TAYLOR, RENITA TAYLOR,
RENISHA TAYLOR, REYKEISHA TAYLOR.
ESTATE OF TERRY TAYLOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDA MARSHALL TAYLOR, individually and as Guardian ad Litem for TERRYON TAYLOR, RENITA TAYLOR, RENISHA TAYLOR, AND REYKEISHA TAYLOR, minors, TERRY TAYLOR JR., and the ESTATE OF TERRY TAYLOR<br><br>Plaintiffs,<br><br>vs.<br><br>THE LOS ANGELES POLICE DEPARTMENT, CHIEF OF POLICE BERNARD PARKS, et al.<br><br>Defendants. | CASE NO. CV 00-6881<br><br>[PROPOSED] AMENDED ORDER APPROVING MINOR PLAINTIFFS' COMPROMISE |

This matter came on regularly for hearing on May 14, 2001, at 10:00 a.m. before the Honorable Magistrate Andrew J. Wistrich in Courtroom 690, of the above referenced court located at 255 E. Temple Street, Los Angeles, California. The Court finds that the original Order Approving Minor Plaintiffs' Compromise issued on May 14, 2001, contained an error stating that checks were to be issued to Allstate Insurance Company for the benefit of Terry

RSPTAYLOR/PLED/ AMENDED ORDER           1-

1 Taylor and Terryon Taylor in the amount of $100,000.00 each, when it should have omitted
2 references to distribution to Terry Taylor and Terryon Taylor.
3       The court having heard and considered Plaintiffs' Petition and Exhibits 1 through 5, finds
4 that it is in the best interests of RENITA TAYLOR, RENISHA TAYLOR, AND REYKEISHA
5 TAYLOR to approve their compromise. The court approves this settlement and approves the
6 following disbursement:
7       **RENITA TAYLOR** will receive a settlement in the amount of $200,000.00 to be paid out
8 as follows: an Annuity with Allstate Life Insurance Company, which the Court finds is a Best
9 rated A +15 carrier, will be purchased for the amount of $145,000.00, with Guaranteed Annuity
10 Payments of $196,000.00. The court awards Renita Taylor start up costs for her in the amount of
11 $5,000.00. This amount will be paid to Reda Taylor, to maintain in a separate bank account for
12 the sole and exclusive benefit of this minor child, and Mrs. Taylor is ordered to maintain all
13 receipts of proof of purchase for all expenditures, and to be prepared to provide this Court an
14 accounting upon request. Renita shall pay her share of Attorney's Fees in the amount of
15 $50,000.00.
16       **RENISHA TAYLOR** will receive a settlement in the amount of $200,000.00 to be paid
17 out as follows: an Annuity with Allstate Life Insurance Company, which the Court finds is a Best
18 rated A +15 carrier, will be purchased for the amount of $145,000.00, with Guaranteed Annuity
19 Payments of $237,000.00. The court awards Renisha Taylor start up costs for her in the amount
20 of $5,000.00. This amount will be paid to Reda Taylor, to maintain in a separate bank account
21 for the sole and exclusive benefit of this minor child, and Mrs. Taylor is ordered to maintain all
22 receipts of proof of purchase for all expenditures, and to be prepared to provide this Court an
23 accounting upon request. Renisha shall pay her share of Attorney's Fees in the amount of
24 $50,000.00.
25       **REYKEISHA TAYLOR** will receive a settlement in the amount of $200,000.00 to be
26 paid out as follows: an Annuity with Allstate Life Insurance Company, which the Court finds is a
27 Best rated A +15 carrier, will be purchased for the amount of $145,000.00, with Guaranteed
28

Annuity Payments of $460,000.00. The court awards Reykeisha Taylor start up costs for her in the amount of $5,000.00. This amount will be paid to Reda Taylor, to maintain in a separate bank account for the sole and exclusive benefit of this minor child, and Mrs. Taylor is ordered to maintain all receipts of proof of purchase for all expenditures, and to be prepared to provide this Court an accounting upon request. Reykeisha shall pay her share of Attorney's Fees in the amount of $50,000.00.

The Court finds that costs in the amount of $36,872.21 have been reasonably incurred herein, and orders that Plaintiffs shall pay $36,872.21 to their attorneys for costs for suit incurred herein. Said check can be made payable to R. Samuel Paz, who will disburse this payment with his co-counsel accordingly.

The Court finds that the minor children have incurred attorneys' fees in the amount of $150,000.00, and orders that their attorneys be paid these fees. However, Mr. R. Samuel Paz will receive this payment and make all disbursement with his co-counsels.

The Court has reviewed the entire settlement and distribution in this matter and finds that Plaintiffs' request that checks be made payable to the individual parties in order to facilitate disbursement is reasonable and orders that checks in this matter be made out to the parties as follows:

1. <u>Reda Taylor</u>, a check in the amount of $473,127.79;

2. <u>Reda Taylor, as guardian ad litem for Renita Taylor, Renisha Taylor and Reykeisha Taylor</u>, a check in the amount of $15,000.00;

3. <u>Allstate Life Insurance Company</u>, for an annuity for Renita Taylor in the amount of $145,000.00;

4. <u>Allstate Life Insurance Company</u>, for an annuity for Renisha Taylor in the amount of $145,000.00;

5. <u>Allstate Life Insurance Company</u>, for an annuity for Reykeisha Taylor in the amount of $145,000.00;

6. <u>Allstate Life Insurance Company</u>, for an annuity for Reda Marshall Taylor in the amount of $400,000.00;

1  7. Terry Taylor, a check in the amount of $145,000.00;

2  8. Terryon Taylor, a check in the amount of $145,000.00; and

3  9 ~~7~~.R. Samuel Paz, a check in the amount of $986,872.21.

IT IS SO ORDERED.

3.14.02

_____
THE HON. MAGISTRATE ANDREW J. WISTRICH

RSPTAYLOR/PLED/ AMENDED ORDER                    -4-

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 520 S. Grand Avenue, 7th Floor, Los Angeles, California, 90071-2645.

On March 11, 2002, I served the foregoing document described as:

**[PROPOSED] AMENDED ORDER APPROVING MINOR PLAINTIFFS' COMPROMISE**

on interested parties in this action by personal service of a true and correct copy thereof to:

JOHN ANDREW WRIGHT, ESQ.  
OFFICE OF THE CITY ATTORNEY  
POLICE LITIGATION SECTION  
14724 VENTURA BLVD. SUITE 300  
SHERMAN OAKS, CALIFORNIA 91403-3501

GILBERT VARELA, ESQ.  
LAW OFFICES OF GILBERT VARELA  
3255 WILSHIRE BLVD.  
LOS ANGELES, CALIFORNIA 90012

[X]   (BY MAIL)
   [ ]   I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereof fully prepaid.
   [X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I delivered such envelopes by hand.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 11, 2002, at Los Angeles, California.

Halima Giddings

SMM/POS/A298/

-1-